No. 82. MAYORAL *v.* SANDERS PHILIPPI & CO.—Appeal from the District Court of Aquadilla. Decided October 2, 1906. Appeal dismissed for failure to comply with section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules. *Mr. Richard* for appellant. *Mr. Vázquez* for respondent.

---

No. 83. M. VILLAMIL & CO. *v.* PÉREZ.—Appeal from the District Court of Arecibo. Decided October 2, 1906. Appeal dismissed for failure to comply with section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules. *Mr. Massari* for appellant. *Mr. Alvarez Nava* for respondent.

---

No. 84. THE PEOPLE EX REL. MARRERO *v.* AMADÉE.—Appeal from the District Court of Humacao. Decided October 2, 1906. Appeal dismissed for failure to comply with section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules. *Mr. Benítez Castaño* for appellant. *Mr. Acuña* for respondent.

---

No. 57. MUNÍTIZ *v.* SOBRINOS DE EZQUIAGA.—Appeal from the District Court of San Juan. Decided October 2, 1906. Appeal dismissed by the court on its own motion for failure to comply with Rule 54. *Mr. López Landrón* for appellant.

---

No. 48. ROSSNER *v.* THE MUNICIPAL COURT OF YABUCOA.—Appeal from the District Court of Humacao. Decided October 2, 1906. Appeal dismissed by the court of its own motion for failure to comply with section 54 of the Rules.